DAVID GROSS, Suing, etc., Appellant, v. DONALD S. BARROWS and Others, Defendants, and CHARLES J. SYMINGTON and Others, Respondents.— Order granting examination before trial unanimously modified by adding to the items granted items 1, 2, 3, 4, 9, 10, 11, 20, 22, 25 and item 7 after striking the words " determined to " therefrom, and as so modified affirmed, with twenty dollars costs

and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.